_Natalie M. Cox_
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 12, 2024

---

LENARD E. SCHWARTZER
6655 W. Sahara Avenue, Suite B200-107
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

RE: 23-cv-02072 ART EJY

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re ) | Case No. BK-S 23-14477-NMC |
| ) | |
| LORENZO SADIA REFE ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| AKA LORENZO S REFE ) | |
| ) | ORDER GRANTING TRUSTEE'S MOTION FOR VOLUNTARY DISMISSAL OF BANKRUPTCY CASE |
| Debtor ) | |
| ) | Date: February 8, 2024 |
| ) | Time: 11:00 a.m. |
| ) | |

The Trustee's Motion for Voluntary Dismissal of Bankruptcy Case came on regularly for hearing on February 8, 2024, at the hour of 11:00 a.m., before a United States Bankruptcy Judge. LENARD E. SCHWARTZER, Trustee, appeared personally, and other appearances are as noted on the record. The Court finding that notice was given to the Debtor, no response having been filed or heard, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. This Chapter 7 case is dismissed;

2. The Trustee is discharged from office, the Trustee's bond is exonerated and this case is ordered closed; and

3. The Clerk of the Court shall provide notice to all creditors and interested parties of the dismissal of this case.

Submitted by:

_____
LENARD E. SCHWARTZER
Trustee

### ALTERNATIVE METHOD re RULE 9021:

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____The Court waived the requirement set forth in LR9021(b)(1).

___X___No parties appeared at the hearing or filed an objection to the motion.

_____I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____
LENARD E. SCHWARTZER
Trustee

###